United States District Courts

For the District of Connecticut

FILED

2017 SEP 18 P 12:15

US DISTRICT COURT BRIDGEPORT CT

3:17cv1558(JAM)

Lawrence Franko
Plaintiff
V
Scott Semple (Comm)
Timothy Ferrell
Dr. Ruiz
Lisa Simo-Kinzer (LCSW)
Warden Brighthaupt
John DOE 1 (CTU)
John DOE 2 (CTU)
Dr. SyEd Nagvi
[redacted]

Civil No.

Jury by demand

All Individuals Sued in There Capacitie(s) Except Defendant Scott Semple Who is Sued in his official Compacity And Individual

Violation

8th Admendment

Complaint

Introduction

1 This a 42 U.S.C. 1983 filed by plaintiff Under The 8th Amendment of the United States Constitution Plaintiff alleges that by Way of deliberate indiffrences he was Subject to a failure to act on Such Serious medical needs which exposed him to Cardiovascular damage and tortonous anxieties Cause by Castraphobia, wherefore plaintiff Seeks damages, injunctive relief and declutory damages

## II Jurisdiction

3 This is a civil action under 42 U.S.C 1983 Under Color of state law of rights, and State Constitution of the United States

4 The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343(2)(3)

5 Plaintiff seeks declatory relief pursuant to 28 U.S.C. Section 2201 and 2202

6 plaintiff Claims for injunctive relief are authorized by 28 U.S.C Section 2283 and 2284 and Rule 6.5 of The Fed R.C.V.P.

7 District Court of Connecticut is appropriate under 28 U.S.C Sect 1391(b)(2) because it is where the events giving rise to this claim Occured

## III Parties

8 Plaintiff, Lawrence Franko, is and was at all times mentioned herein a prisoner of the State of Connecticut in the Custody of the Connecticut Department of Corrections (refered to herein as DOC). He is currently Confined in Cheshire Correctional Institute, in Cheshire CT.

9 Defendant Semple is Currently the Commissioner of Depart

of Correction

10 Defendant Jon Brighthaupt was the Warden at Cheshire C.I. at the time relevant to this Complaint He was legally responsible for the Operation of Cheshire C.I. and for the welfare of all the inmates in that prison

11 Defendant Timothy Farrell was the Warden at Cheshire C.I. at the time relevant to this Complaint. He was legally responsible for the Operation of Cheshire C.I. and for the welfare of all the inmates in that prison

12 Defendant Ruiz is a doctor at the Cheshire C.I. He is legally responsible for providing adequate healthcare and medical decisions to ensure the Safety of inmates in that prison; and Dr. Syed for macdougall/walker C.I

13 Defendant Lisa Simo-Kinzer a mental health Social worker at Cheshire C.I. She is healthy responsible for providing adequate mental health services and Treatment of Conditions related to medical health issues

14 Defendant John Doe 1 is Judicial marshal He is legally responsible for transporting inmates and for the Safety and wellbeing of the inmates during transport.

15 Defendant John Doe 2 is a Judicial marshal He is legally responsible for transporting inmates and for the Safety of inmates

# Facts

1. Plaintiff during All Times was in the Custody in dept of Connecticut Corrections
2. During all times the defendants acted Under the Color of State law
3. Plaintiff alleges that he has been subjected to deliberate indiffrence for as long as 8 yrs
4. Plaintiff alleges that this form of indiffrence has been classified as a ~~dental~~ denial of medical Care and failure to act on part of prison officials.
5. Plaintiff alleges that the acts were so serious that it lead to him being subjected to a heart attack.
6. As far as 2009 plaintiff states Correctional medical Staff and Corrections officers have had Knowledge that he suffers from Claustrophobia or Claustrophobia- related issues.
7. March 25, 2009 during Superior Court proceeding the issue of plaintiff Claustrophobia was raised (See, S015-CR08-0165196S)
8. Medical attention was placed on plaintiff's mitt march 25 2009 to address his claustrophobia (See, S015-CR08-016 5196S)
9. July 9, 2010 the Same set of Issues were discussed about plaintiff Claustrophobia during Stamford Superior Court (See FST-CR08-0165196T)
10. plaintiff alleges that D.O.C upon return of each Inmate from Superior Court Views the mittimus of each inmate but deliberatley refused to acknowledge Judge/Court orders of The plaintiff

11. Plaintiff alleges he Suffers panic-attacks and other Symptoms when Confined in Overly Crowded, Constricted Conditions and Other Symptons.

12. Knowing that on numerous Ocassions he has been hospitalized CMHC and Doc have failed to abate the Circumstances

13. Defendants Knew not only of the Conditions, but the injuries Sustain in the past due to Overly Crowed, Constriction of Marshal Trucks

14. Plaintiff alleges that documentation of any and all facts were never documented so plaintiff would recieve JUST fair and safe transportation

15. On Oct 1, 2014 plaintiff alleges he was transformed to habeas Court trip from Cheshire C.I. to walker C.I.

16. On Oct 1, 2014 plaintiff alleges that he from cheshire C.I. to walker C.I. Complained that he felt extremely Uncomfortable

17. On Oct 1, 2014 plaintiff alleges that during re-entering the Marshall Vehical he Complained of dizziness

18. On Oct 1, 2014 plaintiff alleges that after Complaining of his dizziness and an extreme amount of chest pain, he WAS forced into another Marshall Van at Walker C.I.

19. On Oct 1, 2014 plaintiff alleges that during the ride inside the Walker C.I. Transport he began to feel Claustrophobic

20. Plaintiff alleges that he was ignored regardless of how much he Complained and the other inmates tried to get these marshalls attention.

21. On Oct 1, 2014 plaintiff alleges he Soon became blurred and passed out. An event that Caused Such injury to him from landing face first on the ground

22 Plaintiff on Oct 1, 2014 alleges that when he reached Rockville Superiorcourt marshals John Doe 1, And John Doe 1 did nothing to assit or aide the plaintiff

23 John Doe 1 and John Doe 2 refused to let the plaintiff out of the truck regardless of countless plees, while Others were release from the truck

24 Plaintiff alleges, that John Doe 1 and John Doe 2 amassed a plan to not allow plaintiff to attend Court and or recieve relief

25 Plaintiff alleges that John Doe 1 and John Doe 2 advised Rockville Superior Court Marshall that plaintiff was Unstable in his behavior and took him back to Walker leaving trapped for 45 more minutes inside the marshall Truck

26 Plaintiff alleges that he was brought back to walker C.I, where he was forced to beg to recieve medical treatment

27 At 11:40 A.M, plaintiff alleges he arrived to a state of Assistance, where he was examined by Nurse Cheryl Spano RN,

28 Upon her examination, Nurse Cheryl Spano RN found Plaintiff to have swollen upper and lower lip, Knee wounds and extremley elevate blood pressure and elevated heart rate

29 Without any further treatment, plaintiff spoke to medical Doctor, who determined follow up should be not with provider and D.O.C. Vehicle for Court trips

30 On Oct 1, 2014 after being returned to cheshire C.I. the plaintiff was seen by medical.

31 Upon Oct 1, 2014 Examination plaintiff was advised by medical staff Nursing supervisor Cindy L, Sharon Brown and M. Desena would be notified by Email of his Situation

32 Plaintiff alleges that prior to being transported D.O.C. and it's staff were notified that plaintiff was Claustrophobic and diagnosed

33 Plaintiff alleges that Dr. Ruiz was notified, but failed to act and or abate the situation.

34 Plaintiff alleges that mental health Social worker Lisa Simokinie was advised but did nothing to abate, failing to act

35 Plaintiff prior to the tragic events alleges that Counselor Demora Emailed Counselor Supervisor Garcia Warden Farrell, and Lisa Simokinee in September 2014 to advise and notify that plaintiff due to Claustrophobia is Unable to ride in the marshall vans

36 Plaintiff alleges that the outreach and out cries to notify D.O.C. and its officials, that Attorney Keith Anthony On Several Ocassions Emailed warden farrell (See exh A)

37 Plaintiff alleges that defendant timothy farrell wrote back to Attorney Keith Anthony alleging such Claims were not the truth. (See exh B) and that plaintiff would be forced to ride Standard Transportion.

38 Again to Solitify such notification Attorney Keith Anthony Email Timothy farrell for a Second time (See exh C)

39 Oct 4, 2014 plaintiff alleges because he didn't receive medical treatment that infection to his lips had set in where treatment was necessary and medication

40 Plaintiff alleges on Oct 4, 2014 an on call doctor need be notified to instrutment prescription meds to treat him with meds

41 Plaintiff alleges that he was not only deceived of medical treatment but victim of a cover up.

42 Plaintiff alleges that he was not informed truthfully of his EKG results taken Oct 1, 2014

43 Plaintiff alleges on March 24, 2016 he was informed that he had a mini heart attack, on Oct 1 2014 by Dr. Wright

44 Plaintiff alleges CMHC staff nor Dr. Ruiz or Dr. Syed never advised him that he had been exposed to a mini heart attack due to Cawlstraphobia

45 Because D.O.C. lacks procedures and protocols plaintiff was left to suffer [illegible] such grave harm

46 Plaintiff clearly asserts that Commissioner Semples lack of protocol and conditions for inmates with mental conditions, caused plaintiff to be exposed and suffer conditions prisons officials were pre-warned of.

47 Under warden Brighthaupt plaintiff alleges that he was continuously placed in dangerous elements to be exposed to Caulstrephobia regardless of his knowledge of the plaintiffs conditions

Legal Claims

Count One 8th amendment (Denial of medical care)

John DOE 1 and John Doe 2

A.) By refusing to aide plaintiff at next available stop or Prison to seek medical treatment was denial of medical Care.

B) Knowing plaintiff had passed out and refusing to seek assistance at nearest prison was a denial of medical Care

C) Not letting plaintiff out of the van at appropriate stop Knowing Caulstrophobia was caustion of issue denied plaintiff relief, and Treatment options

Count two 8th Amendment (Failure to Act)

Dr. Ruiz, Ferrell, Kinzer, Brighthaupt, John Doe 1 and John Doe 2

A) After premature warning that plaintiff was Caulstrophobic Ruiz failed to follow up or act for safety of plaintiff.

B) Ferrell failed to act by after multipal warnings that plaintiff was Caulstriphic failed to abate the situation by examming the Circumstances

C) By having prior Knowledge that plaintiff was Caulstrophobic Kinzer, failed to

D) Brighthaupt by way of refusing to insitute safe Transportation for the plaintiff inorder to prevent Caulstation of physical and mental illness of plaintiff

E) John Doe 1 and John Doe 2 by not responsibly abiding to uphole the safety of inmates and not interving to help the plaintiff Caused a failure to act

Count three: 8th Amendment (Inadequate medical Care)

~~Dr~~. Ruiz and Dr. Syed Naqui

A.) By failing to relay to plaintiff that his chest were infact a mini heart attack was Inadequate Medical Care

B.) Not providing adequate medicale diagnosis to plaintiff inorder to disclose mini heart attack was inadequate medical care

# Relief

Plaintiff Seeks from this Court relief under the following Conditions

A. Puntive DAmages: Against all defendants for $50,000 EACH

B. Compensatory DAmages: Against all defendants for $ 50,000 each

C. Injunctive relief: Against Commissoner Semple to ajust write and Create a directive that protects inmates and provides protocols for those who Suffer mental illness or physical issues Caulstrophoe or related

Lawrence Frankoff #68292
Cheshire C.I.
900 Highland Ave
Cheshire CT 06410

EXHIBIT
A

# BANSLEY
## LAW OFFICES, LLC

WALTER C. BANSLEY III
WALTER C. BANSLEY IV ✡ + Δ ◻
SHANNON BANSLEY
KEITH ANTHONY ◻
KRISTIN LOSI
DONALD MEEHAN
WADE LUCKETT
LAURA SHARE
JENNIFER SMITH

267 ORANGE STREET
NEW HAVEN, CT 06510

✡ ALSO ADMITTED IN NEW YORK
+ ALSO ADMITTED IN VERMONT
Δ BOARD CERTIFIED CRIMINAL TRIAL ADVOCATE
◻ DEPARTMENT OF VETERAN AFFAIR'S ACCREDITED ATTORNEY

(203) 776-1900
(203) 773-1904 (facsimile)
www.BANSLEYLAW.com
keith@bansleylaw.com

September 29, 2014

Warden Jon Brighthaupt
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

**Re: Franko v. Warden, CV 11-4004119**

Dear Warden Brighthaupt,

I represent Larry Franko in his upcoming habeas trial on October 1, 2014. Over the last week I have been trying to arrange with your facility his transport to Rockville Superior Court. My client has sever claustrophobia and needs special transport to the Court. It is my understanding that his has been arranged in the past and if it is not done my client typically suffers seizures and is taken to the hospital prior to ever arriving at his scheduled court appearance. I appreciate your attention this matter. Please call me with any questions. Thank you very much.

Respectfully,

Keith Anthony

EXHIBIT
B

**Keith Anthony**

---

**From:** Farrell, Timothy
**Sent:** Tuesday, September 30, 2014 2:11 PM
**To:** 'keith@bansleylaw.com'
**Subject:** Inmate Larry Franko #68292

I have reviewed your 9/29/14 request regarding special transportation for your client. Our medical unit has researched and reviewed the claims concerning the claustrophobia concerns. There is no record to support individual transportation arrangements at this time. He is scheduled for standard transportation to the court appearance on 10/1/14.

Respectfully,
Timothy D. Farrell Sr.
Warden
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT 06410
203-651-6100
timothy.farrell@ct.gov

EXIBIT
C

**Keith Anthony**

**From:** Keith Anthony
**Sent:** Tuesday, September 30, 2014 4:38 PM
**To:** Farrell, Timothy
**Subject:** Re: Inmate Larry Franko #68292

Warden Farrell,

Thanks for the response. I just with Larry and he informed me that he will have some sort of seizure if he is on a regular transport. I have not seen his medical records to verify one way or another. Just wanted to renew my request for special transport.

Thanks,
Keith

Sent from my iPhone

On Sep 30, 2014, at 2:10 PM, "Farrell, Timothy" <Timothy.Farrell@ct.gov> wrote:

> I have reviewed your 9/29/14 request regarding special transportation for your client. Our medical unit has researched and reviewed the claims concerning the claustrophobia concerns. There is no record to support individual transportation arrangements at this time. He is scheduled for standard transportation to the court appearance on 10/1/14.
>
> Respectfully,
> Timothy D. Farrell Sr.
> Warden
> Cheshire Correctional Institution
> 900 Highland Ave.
> Cheshire, CT 06410
> 203-651-6100
> timothy.farrell@ct.gov

Lawrence Franko #68292
Cheshire C.I.
900 Highland avenue
Cheshire, CT 06410

Clerk, U.S. District Court
915 Lafayette Blvd.
Room 400
Bridgeport, CT 06604